UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SOLSTICE OIL & GAS I LLC                                          Civil Action No. 12-2417

VERSUS                                                                       Judge Carl J. Barbier

OBES INC. etc., et al.                                                  Magistrate Michael B. North

## ORDER

Considering Plaintiff's Motion for Partial Dismissal (Rec. Doc. 319),

**IT IS HEREBY ORDERED** (a) that the motion is **GRANTED**; (b) that all claims against defendant Seneca Insurance Company, Inc. ("*Seneca*") are hereby dismissed with prejudice, Solstice Oil & Gas I LLC ("*Solstice*") and Seneca each to bear its own costs with respect thereto; (c) that all claims against defendant OBES, Inc. (sometimes doing business as Ole Brook Directional Services) ("*Ole Brook*") that might be recovered directly against Ole Brook are hereby dismissed with prejudice and with Solstice and Ole Brook each to bear its own costs with respect thereto; (d) specifically reserving to Solstice (i) its claims against Ole Brook only to the extent that collectible coverage is afforded to Ole Brook by the insurance policy issued to Ole Brook by defendant Commerce & Industry Insurance Company ("*C&I*") and (ii) all claims against C&I in excess of the full amount of insurance coverage that, but for Solstice's settlement agreement with Seneca and Ole Brook, would have been available to Ole Brook under Seneca's insurance policy (and to Solstice under Louisiana's direct action statute, La. R.S. 22:1269) (which full amount shall be no more than the $1,000,000 policy limits of Seneca's insurance policy); and (e) this court specifically reserves the authority and jurisdiction to enforce the settlement agreement among Solstice, Ole Brook and Seneca.

New Orleans, Louisiana, this ____9th____ day of ____February____, 2017.

_____
United States District Judge